2011-60461
FILED
September 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003778449

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **The Warner Company, Inc.**        Case No. _____

Debtor(s)        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| West America Bank<br>Formerly County Bank<br>PO Box 1200<br>Suisun City, CA 94585 | West America Bank<br>Formerly County Bank<br>PO Box 1200<br>Suisun City, CA 94585 | All assets of the debtor as more fully stated in UCC document number 19751570002, Filing number 09-7184660516 | | 2,014,429.60<br><br>(1,040,143.24 secured) |
| State Board of Equalization<br>Account Analysis & Control Sec MIC 29<br>PO Box 942879<br>Sacramento, CA 94279 | State Board of Equalization<br>Account Analysis & Control Sec MIC 29<br>PO Box 942879<br>Sacramento, CA 94279 | Sales Tax | | 217,478.00 |
| Simon Golub & Sons<br>P.O. Box 34936 Dept 5047<br>Seattle, WA 98124 | Simon Golub & Sons<br>P.O. Box 34936 Dept 5047<br>Seattle, WA 98124 | Business Debt | | 212,984.46<br><br>(0.00 secured) |
| KWIAT, INC<br>579 FIFTH AVE, STE 500<br>NEW YORK, NY 10017-1917 | KWIAT, INC<br>579 FIFTH AVE, STE 500<br>NEW YORK, NY 10017-1917 | Business Debt | | 107,702.70<br><br>(0.00 secured) |
| DAMIANI USA, CORP.<br>Seven Penn Plaza, 10th Floor<br>New York, NY 10001 | DAMIANI USA, CORP.<br>Seven Penn Plaza, 10th Floor<br>New York, NY 10001 | Business Debt | Disputed | 68,440.95<br><br>(0.00 secured) |
| FRESNO CO. TAX COLLECTOR<br>VICKY CROW<br>P.O. BOX 1192<br>FRESNO, CA 93715-1192 | FRESNO CO. TAX COLLECTOR<br>VICKY CROW<br>P.O. BOX 1192<br>FRESNO, CA 93715-1192 | Business Taxes | | 60,575.29 |
| SHRENUJ USA<br>5506 6TH AVE SOUTH<br>SEATTLE, WA 98108 | SHRENUJ USA<br>5506 6TH AVE SOUTH<br>SEATTLE, WA 98108 | Business Debt | | 59,049.65<br><br>(0.00 secured) |
| LAZARE KAPLAN<br>19 West 44th Street<br>New York, NY 10036 | LAZARE KAPLAN<br>19 West 44th Street<br>New York, NY 10036 | Business Debt | | 57,582.34<br><br>(0.00 secured) |
| FRESNO BEE, THE<br>1626 E STREET<br>FRESNO, CA 93786-0001 | FRESNO BEE, THE<br>1626 E STREET<br>FRESNO, CA 93786-0001 | Business Debt | | 50,747.32 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Warner Company, Inc. _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| REBECCA TESTI USA INC. 430 COLORADO AVE #302 SANTA MONICA, CA 90401 | REBECCA TESTI USA INC. 430 COLORADO AVE #302 SANTA MONICA, CA 90401 | Business Debt | | 35,752.30 |
| CBS OUTDOOR Jonathan M. Levine, Esq. Cheifetz Iannitelli Marcolini 111 W. Monroe St. 17th Floor Phoenix, AZ 85003 | CBS OUTDOOR Jonathan M. Levine, Esq. Cheifetz Iannitelli Marcolini Phoenix, AZ 85003 | Business Debt | | 35,000.00 |
| CHAD ALLISON 576 FIFTH AVENUE SUITE 904 NEW YORK, NY 10036 | CHAD ALLISON 576 FIFTH AVENUE SUITE 904 NEW YORK, NY 10036 | Business Debt | | 34,225.00 |
| ROCKET JEWELRY BOX, INC. 125 E 144TH STREET BRONX, NY 10451 | ROCKET JEWELRY BOX, INC. 125 E 144TH STREET BRONX, NY 10451 | Business Debt | | 32,567.71 |
| ARTCO GROUP-RP 5851 NW 35th Ave Miami, FL 33142 | ARTCO GROUP-RP 5851 NW 35th Ave Miami, FL 33142 | Business Debt | | 31,037.00 |
| YURMAN DESIGN INC. 24 Vestry St. 11th Floor New York, NY 10013 | YURMAN DESIGN INC. 24 Vestry St. 11th Floor New York, NY 10013 | Business Debt | | 30,113.97 (0.00 secured) |
| DSRG LP - FIG GARDEN P.O. Box 6157 Hicksville, NY 11802-6157 | DSRG LP - FIG GARDEN P.O. Box 6157 Hicksville, NY 11802-6157 | Past Due Rent August and September 2011 | | 28,439.26 |
| Hollins Law Client Trust 2601 Main Street Penthouse Suite 2300 Irvine, CA 92614 | Hollins Law Client Trust 2601 Main Street Penthouse Suite 2300 Irvine, CA 92614 | Business Debt | | 25,638.37 |
| NANIS AMERICA LLC 14 N.E. 1ST AVENUE SUITE #800 MIAMI, FL 33132 | NANIS AMERICA LLC 14 N.E. 1ST AVENUE SUITE #800 MIAMI, FL 33132 | Business Debt | | 24,618.30 |
| PROFESSIONAL PRINT& MAIL, INC 2818 E. HAMILTON AVE. FRESNO, CA 93721 | PROFESSIONAL PRINT& MAIL, INC 2818 E. HAMILTON AVE. FRESNO, CA 93721 | Business Debt | | 21,924.94 |
| CLASSIQUE CREATIONS 48 West 48 Street Suite 402 New York, NY 10036 | CLASSIQUE CREATIONS 48 West 48 Street Suite 402 New York, NY 10036 | Business Debt | | 21,388.16 |

B4 (Official Form 4) (12/07) - Cont.

In re   The Warner Company, Inc.                              Case No. _____

   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   9/19/2011                    Signature   _____
                                                Donald Wolfe
                                                President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy